RECEIVED

DEC - 9 2021

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

_Tracy D. Halsell AKA Terrell Jordan_
(Enter Above the Name of the Plaintiff in this Action)

vs.

_People Ready CC: Barbara Cormier_
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

~~White House~~

1:21CV763

J. DA__

M.J. BOWMAN

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Tracy Halsell_
Name - Full Name Please - PRINT

_2500 Kemper Lane #417_
Street Address

_Cincinnati, Oh 45206_
City, State and Zip Code

_513-501-3959_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. People Ready Barbara Cormier
   Name - Full Name Please
   3021 Elm Road NE    Warren, OH 44483
   Address: Street, City, State and Zip Code

2. Beyonce & Shawn Carter 1414 Broadway NY, NY 10018

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Every job assignment I get from People Ready comes with sexual harassment Im alarmed Im annoyed and they dont stop unless they get my attention Beyonce said pooh to me you just might be a black bill Gates in the making at 2016 Soper Bowl many people started sexually harassing me at work treating me differently

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>      <u>Caption</u>

3:18-cv-172-GNS    Tracy Halsell AKA Terrell Jurdan vs. EEOC louisville

16-CI-01601    Halsell, Tracy D vs. Beyonce Knowles

_____    _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Have who ever in charge of payments in time of a civil action of this bar to pay $1,500,000.00 ~~cost~~ And also ensure safety and security at work before money in Allocated

I state under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of December, 2021.

_____
Signature of Plaintiff