**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Tracy D. Halsell,

    Plaintiff,

         v.                     Case No.   1:21cv763

People Ready, *et al*.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   The Magistrate Judge's January 20, 2022 R&R (Doc. 5) is **ADOPTED** in its entirety, and Plaintiff's Objections are **OVERRULED**. Plaintiff's Motion to Increase Lawsuit Amount (Doc. 8) is **DENIED as MOOT**; Plaintiff's Motion to Strike and Motion to Compel (Doc. 9) is **DENIED as MOOT**; Plaintiff's Motion for Recusal (Doc. 10) is **DENIED as MOOT**; Plaintiff's Complaint (Doc. 4) is **DISMISSED** with prejudice; The Court certifies pursuant to 28 U.S.C. § 1915(a) that for the foregoing reasons an appeal of this Order adopting this Report and Recommendation would not be taken in good faith, and therefore Plaintiff is **DENIED** leave to appeal i*n forma pauperis*. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals.


Date: October 12, 2022                            Richard W. Nagel, Clerk
                                                                       Clerk

                                      By:    *s/ Krista Zeller*
                                                        Deputy Clerk